UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------

| |
|---|---|
| SS&C TECHNOLOGIES HOLDINGS, INC., | |
| Plaintiff, | **Civil Action No. 1:19-cv-7859 (JSR)** |
| vs. | |
| | **ORAL ARGUMENT REQUESTED** |
| AIG SPECIALTY INSURANCE COMPANY, | **NOTICE OF AIG SPECIALTY INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| Defendant. | |

------------------------------------------------------------------

**PLEASE TAKE NOTICE** that AIG Specialty Insurance Company ("AIG Specialty") shall move before The Honorable Jed S. Rakoff at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, Courtroom 14-B, New York, New York 10007, at a date and time to be determined by the Court, for entry of an order dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 2(b)(ii) of the Individual Practices of Justice Jed S. Rakoff, AIG Specialty has used its best efforts to resolve informally the matters raised in its submission.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby requested.

Date: October 7, 2019

Respectfully submitted,

**ATTORNEYS FOR DEFENDANT, AIG SPECIALTY INSURANCE COMPANY**

By: */s/ JoAnna M. Doherty*
    JoAnna M. Doherty, Esq.
    Gordon Rees Scully Mansukhani LLP
    1 Battery Park Plaza, 28th Floor
    New York, New York 10004
    Email: jmdoherty@grsm.com

By */s/ Dennis O. Brown*
    Dennis O. Brown
    Email: dbrown@grsm.com
    Regen O'Malley
    Email: romalley@grsm.com
    Greil I. Roberts
    Email: groberts@grsm.com
    Attorneys for Defendant
    (admitted *pro hac vice*)
    95 Glastonbury Boulevard, Suite 206
    Glastonbury, CT 06033
    p: (860) 494-7503
    f: (860) 560-0185

## CERTIFICATE OF SERVICE

I, Dennis O. Brown, hereby certify that on October 7, 2019, I caused the foregoing to be filed electronically in the above-captioned action via the Court's CM/ECF system, which caused electronic copies to be served on all counsel of record.

By  */s/ Dennis O. Brown*
Dennis O. Brown