THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SS&C Technologies Holdings, Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> AIG Specialty Insurance Company, <br><br> *Defendant*. | Civil Action No. 19-cv-07859 (JSR) <br><br> **ORAL ARGUMENT REQUESTED** |

### NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the Declaration of James H. Smith, the exhibits annexed thereto, and the accompanying Memorandum of Law, dated December 20, 2019, Plaintiff SS&C Technologies Holdings, Inc. ("SS&C"), hereby moves this Court, before the Honorable Jed S. Rakoff at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 14B, New York, New York, for an Order (1) granting SS&C's Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 on its claims for breach of contract and breach of the implied covenant of good faith and fair dealing; (2) directing the parties to brief the appropriate amount of damages owed by Defendant AIG Specialty Insurance Company following its grant of summary judgment; and (3) such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that any opposition to this motion shall be served on or before January 10, 2020, and SS&C's reply, if any, shall be served on January 17, 2020.

PLEASE TAKE FURTHER NOTICE that oral argument on the motion is set for January 24, 2020.

Dated: New York, New York
December 20, 2019

           McKool Smith, P.C.

           By: */s/ Robin L. Cohen*
           Robin L. Cohen
           (rcohen@mckoolsmith.com)
           James H. Smith
           (jsmith@mckoolsmith.com)
           One Manhattan West
           395 9th Avenue, 50th Floor
           New York, NY 10001
           Telephone: (212) 402-9400
           Facsimile: (212) 402-9444

*Attorneys for Plaintiff SS&C Technologies Holdings, Inc.*