**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SS&C TECHNOLOGY HOLDINGS, INC.,
                 Plaintiff,

-against-                                      19 CIVIL 7859 (JSR)

## JUDGMENT

AIG SPECIALTY INSURANCE COMPANY,
                 Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Three Memorandum Orders dated November 5, 2020, January 29, 2020, and February 18, 2020, the Court grants AIG's motion dismiss Count Two, but denies the motion in all other respects; the Court grants summary judgment in favor of SS&C on Count One, finding AIG liable for breach of contract, and in favor of AIG on Count Three, finding that the claim of bad faith should be dismissed; the Court awards prejudgment interest to SS&C at the rate of 10% per year from June 13, 2019 to January 29, 2020.

**Dated:** New York, New York
           February 21, 2020

                                                      RUBY J. KRAJICK
                                                           Clerk of Court
                                                BY:
                                                           Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/21/2020